UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO MUÑOZ ARILL, et al.,
    Plaintiffs

vs.                                                      CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.,
    Defendants

## ORDER

### RULING

The Court hereby sets a pre-trial conference for January 14, 2000 at 2:00 p.m. Jury Trial is hereby set for February 9, 2000 at 9:30 a.m. (docket No. 71).

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

# Jury Clerk

Rec'd:      EOD:

By:      # 72