UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 28 AM 8 11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ROBERTO MUÑOZ ARILL, et al
    Plaintiffs

vs.

CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 23, 1999<br>Docket: #73<br>[X] **Plffs**    [ ] **Defts**<br>**Title:** Motion for Continuance | Jury Trial is hereby set for March 20, 2000 at 9:30. A pretrial conference is hereby set for March 3, 2000 at 2:00 p.m. |

Date: 12/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #74