UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN 11 AM 8 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

ROBERTO MUÑOZ ARILL, et al
    Plaintiffs

vs.

CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 3, 2000<br>Docket: # 75<br>[X] **Plffs**　　　　　　　　　[] **Defts**<br>**Title:** Motion Requesting that the Pretrial Conference be Rescheduled for March 3, 2000 at 4:00 p.m. | The pretrial conference set for March 3, 2000 at 2:00 p.m. is hereby reset for **March 7, 2000 at 4:00 p.m.** |

Date: 1/4/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:　　　　　EOD:

By:　　　　　#76