RECEIVED & FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

'00 JAN 26  AM 8 06

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

ROBERTO MUÑOZ ARILL, et al
    Plaintiffs

vs.

                                    CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.,
    Defendants

## O R D E R

| RULING |
| --- |
| The Court hereby **SETS** a status conference for **January 31, 2000 at 4:00 p.m.** |

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

Date: /24/00

(4)

| Rec'd: | EOD: |
| --- | --- |
| **By:** | # 77 |