UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO MUÑOZ ARILL, et al
    Plaintiffs

vs.    CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.,
    Defendants

## ORDER

| RULING |
|---|
| The Status Conference set for January 31, 2000 is hereby reset for February 23, 2000 at 2:00 p.m. |

Date: 2/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

(4)

Rec'd:    EOD:

By:    #78