IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -8 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

| | |
|---|---|
| ROBERTO MUÑOZ ARILL, et al. | |
| Plaintiffs | |
| vs. | CIVIL NO. 96-1725 (JP) |
| RAMON MAIZ, et al. | |
| Defendants | |

### FINAL JUDGMENT

The parties hereto have filed a Settlement Agreement (docket No. 79), which is hereby **GRANTED**, informing the Court that they have settled the above-captioned case in its entirety and move for its dismissal with prejudice. Pursuant thereto, the Court hereby enters judgment for the Plaintiffs to have and recover from the defendants the sum of $50,000.00. This judgment is entered without the imposition of costs or attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this ___ day of March, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)