IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROBERTO MUÑOZ ARILL, et al.         *

    Plaintiffs                  *

vs.                                  *   CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.                   *

    Defendants                  *

_____      *

### AMENDED FINAL JUDGMENT

The parties hereto have filed a Settlement Agreement (docket No. 79), which is hereby **GRANTED**, informing the Court that they have settled the above-captioned case in its entirety and move for its dismissal with prejudice. Pursuant thereto and to the Motion Requesting Amendment of Judgment, which is hereby **GRANTED**, the Court hereby enters judgment for the Plaintiffs to have and recover from the Co-defendants Ramón Maíz and Antonio Rosa Agosto the sum of $50,000.00, payable joint and severally. Further, the Court hereby **GRANTS** Plaintiffs' motion seeking the voluntarily dismissal with prejudice of their causes of action against Co-Defendants Car-Ley Educational Center, Inc., Leyda Placencia Cortés, and Carmen Muñiz Miranda. This judgment is entered without the imposition of costs or attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this 9th day of March, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)