UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 MAY 23 AM 8 12
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

ROBERTO MUÑOZ ARILL, et al
    Plaintiffs

vs.                                                                                        CIVIL NO. 96-1725 (JP)

RAMON MAIZ, et al.,
    Defendants

### O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: May 3, 2000<br>Docket: # 86<br>[X] **Plffs**    [ ] **Defts**<br>Title: Motion Requesting Withdrawal of Funds | **GRANTED.** The Clerk shall issue a check in the amount of $25,000.00 to the order Roberto Muñoz Arill and Rebeca Ayoroa Santaliz and a check in the amount of $25,000.00 to the order of José Norat Ramírez. |

Date: 5/17/00

JAIME PIERAS, JR.
U.S. Senior District Judge

(4)
Finance Clerk

Rec'd:           EOD:

By:              # 87